IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN MATTHEW CREEL, as the Personal Representative of the Estate of Joshua Matthew Creel, on behalf of the heirs of Joshua Matthew Creel,<br><br>Plaintiff,<br><br>vs.<br><br>MARK G. LOY; ACTIVE TRUCK TRANSPORT, LLC d/b/a ACTIVE USA, LLC; and DOES 1-10,<br><br>Defendants. | CV 20–79–M–DWM<br><br><br>ORDER |

Plaintiff John Matthew Creel moves for the admission of Charles Oswald to practice before this Court in this case with Jacqueline T. Lenmark to act as local counsel. Mr. Oswald's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Charles Oswald *pro hac vice* (Doc. 4) is GRANTED on the condition that Mr. Oswald shall do his own work. This means that Mr. Oswald must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

1

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Oswald, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 3rd day of June, 2020.

_____
Donald W. Molloy, District Judge
United States District Court