IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN MATTHEW CREEL, as the Personal Representative of the Estate of Joshua Matthew Creel, on behalf of the heirs of Joshua Matthew Creel,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MARK B. LOY, ACTIVE TRUCK TRANSPORT, LLC d/b/a ACTIVE USA, LLC and DOES 1-10,<br><br>　　　　　　　　　Defendants. | CV 20-79-M-DWM<br><br>JUDGMENT |

__   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

Defendants' motion for summary judgment has been granted (Doc. 30).

Accordingly, pursuant to the Court's Opinion and Order entered this date, IT IS

ORDERED AND ADJUDGED that judgment is entered in favor of Defendants.

Dated this 10th day of March, 2021.

　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　By: /s/ Nicole Stephens
　　　　　　　　　　　　Nicole Stephens, Deputy Clerk